# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| RONALD J. SERZSKI, | ) | |
|                         **Plaintiff,** | ) | |
| v. | ) | No. 09-2594-CM |
| CERTAINTEED CORP., | ) | |
|                         **Defendant.** | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 15, 2009, Magistrate Judge James P. O'Hara issued a Report and Recommendation (Doc. 8). Magistrate Judge O'Hara recommends that this case should be dismissed without prejudice for plaintiff's failure to pay the required $350 filing fee. The court gave plaintiff 14 days from the date that he was served with a copy of the report and recommendation to file objections. The report and recommendation further indicated that if plaintiff failed to file objections within the 14-day period, no appellate review would be allowed by any court.

The court sent the report and recommendation to plaintiff via regular and certified mail on December 15, 2009. The certified mail copy was received on December 22, 2010 (Doc. 9). To date, no objections have been filed by plaintiff.

The court has reviewed the Report and Recommendation (Doc. 8) filed by Magistrate Judge O'Hara. Based upon that review and the fact that plaintiff did not file objections, the court adopts the Report and Recommendation and orders this case to be dismissed without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2010, at Kansas City, Kansas.

**s/ Carlos Murguia**
**CARLOS MURGUIA**
**United States District Judge**
